█ LESLEY TANNENBAUM et al., Respondents, v. BOARD OF EDUCATION, CENTRAL HIGH SCHOOL DISTRICT No. 3, TOWN OF HEMPSTEAD, et al., Appellants. — In a negligence action to recover damages for personal injury, the defendants appeal from a judgment of the Supreme Court, Nassau County, entered April 17, 1964 after trial upon a jury's verdict in the plaintiffs' favor. Judgment reversed on the law and the facts, without costs, and complaint dismissed, on the law, without costs. At the time of the accident the plaintiff Lesley Tannenbaum was 17 years old and a student attending the Calhoun High School in North Merrick, Nassau County. We are of the opinion that, in failing to have a teacher in continual attendance while she and four other high school seniors voluntarily worked after school hours on scenery for a school play in a school auditorium which contained an open hatchway in the stage, the defendants breached no duty owing to her. We find that, in the absence of any prior notice of similar occurrences, the defendants could not reasonably have foreseen that the lights in the auditorium would go out and that the plaintiff would thereafter commence running about in the darkness in the manner she did, thereby injuring herself (*Ohman v. Board of Educ. of City of N. Y.,* 300 N. Y. 306; *Munson v. Board of Educ. of Cent. School Dist. No. 1,* 17 A D 2d 687, affd. 13 N Y 2d 854; *Cambareri v. Board of Educ. of City of Albany,* 246 App. Div. 127, affd. 283 N. Y. 741; *Lane v. City of Buffalo,* 232 App. Div. 334). We are also of the opinion that the said plaintiff was contributorily negligent as a matter of law in running about in complete darkness and in not using the readily accessible and safe means of exit to the right of the stage (*Owen v. Westchester Country Club,* 264 App. Div. 796, affd. 289 N. Y. 819; *O'Connor v. 1751 Broadway,* 1 A D 2d 836, affd. 2 N Y 2d 769). Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

█ STATE FUNDING CORPORATION, Respondent, v. TWINDALE HOMES, INC., et al., Respondents, and JACOB NEUMAN, Appellant. (Action No. 1.) JACOB NEUMAN, Appellant, v. GENERAL ELECTRIC Co., INC., et al., Respondents. (Action No. 2.) — Motion [No. 2447] by State Funding Corporation, the plaintiff in Action No. 1 and the defendant in Action No. 2, and by the Investors Collateral Corp. and Veterans Funding Corp., defendants in Action No. 2, to dismiss the appeal as to them on the ground that the notice of appeal, although filed, was not served upon them; and on the further ground that the appeal relates to portions of an order in which they are not involved. Motion denied. [See Motion No. 2448, decided herewith.] Motion by the defendant-respondent Max Kaufman to dismiss the appeal for lack of prosecution denied. Cross motion [No. 2448] by appellant Jacob Neuman, pursuant to statute (CPLR 5520), to extend his time to serve a copy of the notice of appeal upon each of the three movants in Motion No. 2447, granted (see 8 Carmody-Wait, New York Practice, p. 599). Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.